AO 243 (Rev. 2/95)

**PETITION UNDER USC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District<br>Massachusetts (Boston Division) | |
|---|---|---|
| Name of Movant<br>Manuel Geronimo | Prisoner No.<br>22893-038 | Case No.<br>1:00-CR-10013-001 |
| Place of Confinement<br>F.M.C. Devens, Box 879, Ayer, MA. 01432 | | |

UNITED STATES OF AMERICA     V.     Manuel Geronimo
(name under which convicted)

05 10093 RGS

MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>United States District Court One Courthouse Way, Boston, MA. 02210</u>

2. Date of judgment of conviction <u>April 17, 2001</u>

3. Length of sentence <u>78 Months w/36 months Supervised Release</u>

4. Nature of offense involved (all counts) <u>Importation of MDMA, and Aiding and Abetting, in violation of 21 U.S.C. § 952(a), and 18 U.S.C. § 2 (Count One); Conspiracy to Import MDMA, in violation of 21 U.S.C. § 963 (Count Two).</u>

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty        ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: <u>Acquitted on Conspiracy charge and found guilty by trial jury on charge of Importation</u>

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __First Circuit Court of Appeals__

   (b) Result __Affirmed U.S. v. Geronimo, No. 01-1668__

   (c) Date of result ~~XXXXXXXXXXXXX~~ __June 3, 2003__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Supreme Court of the United States__

        (2) Nature of proceeding __Petition for a writ of certiorari__
        __Denied January 12, 2004__

        (3) Grounds raised __Same as Direct Appeal__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☒

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __N/A__

        (2) Nature of proceeding _____

        (3) Grounds raised _____

(3)

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result __N/A__

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__N/A__

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: WHETHER THE PROSECUTING AUSA HAD LEGAL AUTHORITY TO REPRESENT THE UNITED STATES BEFORE THE GRAND AND PETIT JURIES

Supporting FACTS (state *briefly* without citing cases or law)
IT HAS BEEN DISCOVERED THAT THE PROSECUTING AUSA DID NOT TAKE THE REQUIRED OATH OF OFFICE UNDER ARTICLE III OF THE CONSTITUTION TO HAVE AUTHORITY TO ARGUE AND PRESENT A CASE BEFORE A UNITED STATES DISTRICT COURT AND JURY (CHALLENGE OF JURISDICTION OVER THE SUBJECT MATTER).

B. Ground two: INSUFFICIENCY OF EVIDENCE TO SUPPORT IMPORTATION CONVICTION AFTER JURY ACQUITTAL ON CONSPIRACY CHARGE (JURISDICTION)

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER WAS CHARGED WITH A CONSPIRACY TO IMPORT MDMA AND IMPORTATION OF MDMA. AT THE TIME OF PETITIONER'S ARREST THE IMPORTATION HAD BEEN COMPLETED BY A PERSON THE PETITIONER WAS FOUND NOT TO HAVE BEEN IN A CONSPRACY WITH. THE SUBSEQUENT ACTIONS WERE CONSISTENT WITH POSSESSION WITH INTENT TO DISTRIBUTE, A CRIME THAT WAS NOT CHARGED BY THE INDICTMENT.

C. Ground three: PETITIONER'S 4TH, 5TH, AND SIXTH AMENDMENT RIGHTS WERE VIOLATED DUE TO SUBSTANTIALLY DEFICIENT PERFORMANCES OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER WAS DENIED THE RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL IN THE PRE-TRIAL, TRIAL, SENTENCING AND APPELLATE STAGES OF THE PROCEEDINGS. THERE WERE A CUMMULATIVE EFFECT OF ERRORS THAT IF NOT COMMITTED THE RESULTS OF THE PROCEEDINGS WOULD HAVE BEEN DIFFERENT.

AO 243 (Rev. 2/95)

D. Ground four: __PETITIONER'S SENTENCE SHOULD BE VACATED AND CORRECTED TO REFLECT THE JURY'S VERDICT OF GUILT BEYOND A REASONABLE DOUBT.__

Supporting FACTS (state *briefly* without citing cases or law) __THE PETITIOENR ARGUES THAT HIS CRIMINAL CULPABILITY WAS ENHANCED BY THE DISTRICT COURT UNDER THE PREPONDERANCE OF THE EVIDENCE STANDARD, IN VIOLATION OF HIS SIXTH AMENDMENT RIGHT OF A TRIAL JURY DETERMINATION OF THE FACTS USED TO ENHANCE HIS SENTENCE BEYOND A REASONABLE DOUBT.__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing __Randolph Gioia, Esq. 24 School Street 8th floor, Boston, Ma. 02108__

    (b) At arraignment and plea __(SAME)__

    (c) At trial __(SAME)__

    (d) At sentencing __(SAME)__

AO 243 (Rev. 2/95)

(e) On appeal __Janet H. Pumphrey, Esq. 45 Walker Street, Lenox Ma. 01240__

(f) In any post-conviction proceeding __Pro Se.__

(g) On appeal from any adverse ruling in a post-conviction proceeding __Pro Se.__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐     No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: ____

    (b) Give date and length of the above sentence: ____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐     No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__JANUARY 10TH 2005__
(Date)

_____
Signature of Movant

(7)