UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MANUEL GERONIMO,
    Petitioner

v.          CIVIL ACTION NO. 05-10093-RGS

UNITED STATES OF AMERICA,
    Respondent

## O R D E R

STEARNS, DJ.

PURSUANT TO RULE 4(b) OF THE RULES GOVERNING SECTION 2255 CASES, THE CLERK OF THIS COURT IS HEREBY ORDERED TO SERVE A COPY OF THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY UPON THE OFFICE OF THE UNITED STATES ATTORNEY.

IT IS FURTHER ORDERED THAT THE RESPONDENT SHALL, <u>WITHIN 20 DAYS OF RECEIPT OF THIS ORDER,</u> FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

SO ORDERED.

                                                              _____
                                                              /s/ RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

**DATED:**   January 19, 2005