FILED
IN THE UNITED STATES DISTRICT COURT IN CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

: 2005 FEB 14  A 11: 56

|                   |   |                        |
|-------------------|---|------------------------|
| MANUEL GERONIMO   | ) | U.S. DISTRICT COURT    |
|                   | ) | CIVIL ACTION DISTRICT OF MASS. |
| v.                | ) |                        |
|                   | ) | NO. 05-10093-RGS       |
| UNITED STATES     | ) |                        |
|                   | ) |                        |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and

hereby notices her appearance as counsel for the United States in

the captioned matter.

MICHAEL J. SULLIVAN
United States Attorney

By:

DENISE JEFFERSON CASPER
Assistant U.S. Attorney
(617) 748-3120

Dated: February 14, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Manuel Geronimo
        Reg. No. 22893-038
        FMC Devens
        P.O. Box 879
        Ayer, MA 01432

This 14th day of February 2005.

                                DENISE JEFFERSON CASPER
                                ASSISTANT UNITED STATES ATTORNEY