IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB 14 A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MANUEL GERONIMO | CIVIL ACTION |
| v. | NO. 05-10093-RGS |
| UNITED STATES | |

**MOTION TO ENLARGE TIME FOR GOVERNMENT'S RESPONSE TO PETITIONER'S PETITION**

The United States, by and through the undersigned attorneys, hereby moves for the enlargement of time until March 21, 2005 to respond to the petition filed pursuant to 28 U.S.C. §2241 by petitioner, Manuel Geronimo ("Geronimo"). In support of this motion, the government states:

(1) The government received the Court's Order regarding Geronimo's petition on or about January 31, 2005.

(2) The government understands that its response to Geronimo's petition is presently due on February 20, 2005, twenty days from the government's receipt of the Court's Order.

(3) Geronimo's petition concerns a criminal matter that was prosecuted by former Assistant United States Attorney Robert B. Peabody. The undersigned attorney has filed a notice of appearance in the case, but is not previously familiar with the case and will need to retrieve the case file from archives to respond appropriately to the petition.

WHEREFORE, the government respectfully requests that the deadline for its response to GRIFFIN's petition be extended until

March 21, 2005.

                       MICHAEL J. SULLIVAN
                       United States Attorney

                       By:

                       DENISE JEFFERSON CASPER
                       Assistant U.S. Attorney
                       (617) 748-3120

Dated: February 14, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

      Manuel Geronimo
      Reg. No. 22893-038
      FMC Devens
      P.O. Box 879
      Ayer, MA 01432

This 14th day of February 2005.

                       DENISE JEFFERSON CASPER
                       ASSISTANT UNITED STATES ATTORNEY