UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL GERONIMO,<br>          Petitioner,<br><br>     v<br><br>UNITED STATES OF AMERICA,<br>          Respondent. | )<br>)<br>)<br>)<br>) CIVIL NO. 05-10093-RGS<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as substitute counsel for Assistant United States Attorney Denise Jefferson Casper.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                           By:   /s/ Lisa M. Asiaf
                                 LISA M. ASIAF
March 3, 2005                   Assistant U.S. Attorney
                                 Tel: (617)748-3268

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Manuel Geronimo, Reg. No. 22893-038, F.M.C. Devens, Box 879, Ayer, MA 01432.

This 3rd day of March 2005.

                                                  /s/ Lisa M. Asiaf  
                                              LISA M. ASIAF  
                                              ASSISTANT UNITED STATES ATTORNEY