UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL GERONIMO,<br>        Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | CIVIL NO. 05-10093-RGS |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

The United States, by and through the undersigned attorneys, hereby respectfully moves this Honorable Court for a thirty-day enlargement of time (*i.e.,* until April 20, 2005) to file a response to the Petitioner's Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. §2255. In support of this motion, the government states as follows:

1. The government received the Court's Order regarding Petitioner's §2255 motion on or about January 31, 2005.

2. Petitioner's §2255 motion concerns a criminal matter that was prosecuted by former Assistant United States Attorney Robert B. Peabody.

3. On or about February 24, 2005, the Court granted a motion allowing the government to file a response by March 21, 2005.

4. That same week, the undersigned attorney joined the U.S. Attorney's Office, and on March 3, 2005, filed a Notice of Appearance in the above-captioned matter. The undersigned attorney, however, is not previously familiar with the Petitioner's criminal case, and respectfully requests an additional 30 days to review the case file and submit an appropriate response to Petitioner's §2255

motion.

WHEREFORE, the government respectfully moves this Honorable Court for an enlargement of time until April 20, 2005, to file a response to the Petitioner's Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. §2255.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                      By:    /s/ Lisa M. Asiaf
                                              LISA M. ASIAF
March 15, 2005                          Assistant U.S. Attorney
                                              Tel: (617) 748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Manuel Geronimo, Reg. No. 22893-038, F.M.C. Devens, Box 879, Ayer, MA 01432.

This 15th day of March 2005.

  /s/ Lisa M. Asiaf
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY