UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL GERONIMO,
    Petitioner,

v.      Civil Action No. 05-10093-RGS

UNITED STATES OF AMERICA,
    Respondent.

## GOVERNMENT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

The United States of America hereby moves for authorization to file a memorandum in excess of twenty pages in this matter. In support of this motion, the government states that Petitioner raised numerous legal and factual issues in his *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (the "§ 2255 Motion"), all of which the government has addressed in the *Government's Response to Petitioner's § 2255 Motion and Request for Summary Dismissal*, accompanying this motion. The government's response exceeds the page limit by only eight (8) pages and should assist the Court in resolving this matter.

WHEREFORE, the government moves for leave to file a memorandum in excess of 20 pages.

DATED: April 20, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Manuel Geronimo, Reg. No. 22893-038, F.M.C. Devens, Box 879, Ayer, MA 01432.

This 20th day of April 2005.

_____
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY