UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MANUEL A. GERONIMO
    Petitioner,

Vs.

UNITED STATES OF AMERICA
    Respondent,

Civil No. 05-10093-RGS

**MOTION FOR DISCOVERY AND PRODUCTION OF EVIDENCE
-ISSUANCE OF SUBPOENA DUCES TECUM**

**NOW COMES** THE PETITIONER, Manuel A. Geronimo, acting pro-se and respectfully submits that on April 22 2005 he was served a copy of government's response brief with 7 exhibits. Exhibit No. 5 was "Appointment Affidavits". The petitioner questions the authenticity of Exhibit 5 "Appointment Affidavits". As reasons therefore the petitioner respectfully submits that the Oath of Office of Mr LaPlante as acquired by Petitioner from the U.S. Department of Justice Executive Office of United States Attorneys "EOUSA/FOIA/PA UNIT" BICN BLDG, Room. 7300 600 E ST., N.W. Washington, DC 20530 bears absolutley no resemblance to the one now produced by the government. See Appendix, p1-5. The Executive Office of United States Attorneys "EOUSA" office clearly indicates that the Oath of Office document delivered by the FOIA to Petitioner is a

1

"FULL RELEASE". See Exhibit p1. The date that the authenticate document produced by the FOIA bears Oct 29 2004, and identifies Mr LaPlante as an Assistant United States Attorney amd it also states that Mr. LaPlante became an Assistant United States Attorney on 1/27/02 and not a Special Assistant United States Attorney on 01/18/00 as now indicated by the government's version of the Oath of Office. See Id, p5 and Government Response, Exhibit 5 (Appointment Affidavits). The evidence before this Honorable Court clearly suggests that the evidence now produced by government is in all probability fabricated. As reasons therefore petitioner is entitled to discover the evidence of paper trail that would support the government's version of the oath of office.

For all the above reasons the petitioner respectfully prays this Honorable Court issue Subpoena duces tecum to produce the following documents
1. Any and all paper trail that substantiates the credibility of the Oath of Office document produced by the Government, such as logs, memos, letters, faxes etc.
2. Any and all information of whatever form, source, or nature which tends to indicate that Mr.

2

LaPlante in fact took the Oath Office which the Government alleged he took.

Respectfully submitted,

DATE: 5-2-05

Manuel A. Geronimo
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

This 2nd day of May 2005.

Respectfully,

Manuel A. Geronimo
Petitioner pro-se
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

3

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

| Special Assistant United States Attorney | 01/18/00 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |

| Department of Justice | U. S. Attorney's Office | District of Massachusetts |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ Joseph La Plante _____, do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 18th day of Jan., 19 2000

at _____ Boston _____        _____ Massachusetts _____
*(City)*                        *(State)*

[SEAL]                          *(Signature of officer)*

Commission expires _____       Personnel Officer
                                *(Title)*

(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.- *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

OCT 29 2004

Requester: Manuel Geronimo          Request Number: 04-2133

Subject of Request: Oath of Office for Assistant U.S. Attorney Joseph N. LaPlante

Dear Requester:

   Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes a reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorneys' offices.  To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

   All of the records you seek are being made available to you. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you.  **This letter is a full release.** (Please see attached explanation sheet).

   [ ]  A review of the material revealed documents which:

   [ ]  Originated with another government component.  These records were referred to the component(s) listed for review and direct response to you:_____.

   [ ]  There are public records which may be obtained from the clerk of the court or this office, upon specific request, subject to a copying fee.

   [ ]  A review/search/copying fee is being assessed for the processing of your request.  Please send a certified check or money order for $_____, payable to the Treasury of the United States, within thirty (30) days.  Payment should be mailed to the Freedom of Information Act/Privacy Act Unit, 600 E Street, N.W., Room 7300, Washington, DC 20530.

(Page 1 of 2)
Form No. 021A - 6/02

You may appeal this determination by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530

This is the final action this office will take concerning your request.

Sincerely,

*Marie A. O'Rourke/MBA*

Marie A. O'Rourke
Assistant Director

Enclosures

**CONTINUATION SHEET**

EOUSA received your initial letter and split your request into two case files. FOIA file Number (04-2133) was created for the portion of your request which sought the Oath of Office for Assistant U.S. Attorney, Joseph N. LaPlante.

Attached is a copy of Mr. LaPlante's Oath of Office.

REQUESTER: Manuel Geronimo

FOIA FILE#: 04-2133

# DOCUMENTS Released in Full "RIF"

_____1_____ pages

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

__Assistant United States Attorney__     __1/27/02__
(Position to which appointed)                (Date of appointment)

__Department of Justice__   __U.S. Attorney's Office__   __Concord, New Hampshire__
(Department or agency)        (Bureau or Division)           (Place of employment)

I, __Joseph N. Laplante__, do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this __28th__ day of __January__, __2002__,

at __Concord__                              __New Hampshire__
       (City)                                        (State)

[SEAL]                                __Thomas P. Colantuono__
                                              (Signature of officer)

Commission expires _____        __United States Attorney__
                                                           (Title)
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.- The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.