UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL GERONIMO            )
      Petitioner,   )
                        )
    Vs.               )   CIVIL NO.05-10093-(RGS)
                        )
UNITED STATES OF AMERICA,  )
      Respondent.   )

### PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

The Petitioner, respectfully moves this Honorable Court for an enlargement of time of Two weeks to include until after the production of the requested documents below to file a reply to the Respondent opposition to Petitioner's Motion to Vacate, Set aside and Correct Sentence Pursuant to 28 U.S.C. §2255. In support of this motion, the Petitioner states as follows:

1. After the initial filing of Petitioner's pleading pursuant to § 2255, the respondent requested and was granted by this most honorable court, two thirty (30) day extensions of time in with which to file its responsive pleading. The Petitioner received the Respondent's opposition on or about April 22, 2005 which was post marked on or about April 21, 2005.

2. The Respondent alleges on its opposition that they are in possession of an Oath of Office for AUSA Mr. LaPante. The authentisity of such document is

1

questioned by the evidence of a different Oath of Office in the Petitioner's possession. And for this reason on May 2, 2005 Petitioner filed with this Honorable Court a Motion for discovery and production of documents and Subpoena duces Tecum. See **"Attached as Exhibit A"**

3. The Respondent alleges on its opposition that the Petitioner should not argued ineffective assistance of trial counsel because as Respondent argues trial counsel assisted Petitioner on direct appeal which is not true. For this reason on April 25, 2005 petitioner sent a letter to appellate counsel Janet H. Pumphrey. See **"Attached as Exhibit B"** asking for an affidavit stating that: "at no time did trial counsel have anything to do with Petitioner's direct appeal."

4. Petitioner on April 25, 2005 sent another letter to trial counsel Randolph Gioia. See **"Attached as Exhibit C"** requesting an affidavit stating that: "at no time did he participate in the prosecution of Petitioner's direct appeal."

5. Petitioner is presently awaiting the response to the requested documents in order to file an appropriate reply to the Respondent opposition. With the opportunity to clarify the record with these above

mentioned documents as exhibits on the Petitioner's reply.

**WHEREFORE**, the Petitioner respectfully moves this Honorable Court for an enlargement of time of at least two weeks up until such time after the production of the requested documents to file a reply to the Respondent's opposition.

Respectfully submitted,

Dated: 5-3-05

*Manuel A. Geronimo,* Pro se.
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

This 3rd day of May 2005.

Manuel A. Geronimo, pro-se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MANUEL A. GERONIMO                *
          Petitioner,             *
                                  *
                                  *
Vs.                               *   Civil No. 05-10093-RGS
                                  *
UNITED STATES OF AMERICA          *
          Respondent,             *

**MOTION FOR DISCOVERY AND PRODUCTION OF EVIDENCE
-ISSUANCE OF SUBPOENA DUCES TECUM**

**NOW COMES** THE PETITIONER, Manuel A. Geronimo, acting pro-se and respectfully submits that on April 22 2005 he was served a copy of government's response brief with 7 exhibits. Exhibit No. 5 was "Appointment Affidavits". The petitioner questions the authenticity of Exhibit 5 "Appointment Affidavits". As reasons therefore the petitioner respectfully submits that the Oath of Office of Mr LaPlante as acquired by Petitioner from the U.S. Department of Justice Executive Office of United States Attorneys "EOUSA/FOIA/PA UNIT" BICN BLDG, Room. 7300 600 E ST., N.W. Washington, DC 20530 bears absolutley no resemblance to the one now produced by the government. See Appendix, p1-5. The Executive Office of United States Attorneys "EOUSA" office clearly indicates that the Oath of Office document delivered by the FOIA to Petitioner is a

**Exhibit A**                     1

"FULL RELEASE". See Exhibit p1. The date that the authenticate document produced by the FOIA bears Oct 29 2004, and identifies Mr LaPlante as an Assistant United States Attorney amd it also states that Mr. LaPlante became an Assistant United States Attorney on 1/27/02 and not a Special Assistant United States Attorney on 01/18/00 as now indicated by the government's version of the Oath of Office. See Id, p5 and Government Response, Exhibit 5 (Appointment Affidavits). The evidence before this Honorable Court clearly suggests that the evidence now produced by government is in all probability fabricated. As reasons therefore petitioner is entitled to discover the evidence of paper trail that would support the government's version of the oath of office.

For all the above reasons the petitioner respectfully prays this Honorable Court issue Subpoena duces tecum to produce the following documents

1. Any and all paper trail that substantiates the credibility of the Oath of Office document produced by the Government, such as logs, memos, letters, faxes etc.

2. Any and all information of whatever form, source, or nature which tends to indicate that Mr.

2

LaPlante in fact took the Oath Office which the Government alleged he took.

Respectfully submitted,

DATE: 5-2-05

Manuel A. Geronimo
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

This 2nd day of May 2005.

Respectfully,

Manuel A. Geronimo
Petitioner pro-se
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

3

STANDARD FORM 61
Revised June 1996
U.S. Office of Personnel Management
FPM Chapter 296
61-108

Case 1:05-cv-10093-RGS   Document 11   Filed 05/05/2005   Page 7 of 14



# APPOINTMENT AFFIDAVITS

___Special Assistant United States Attorney___   ___01/18/00___
(Position to which appointed)   (Date of appointment)

___Department of Justice___   ___U. S. Attorney's Office___   ___District of Massachusetts___
(Department or agency)   (Bureau or Division)   (Place of employment)

I, ___Joseph La Plante___ , do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

___(signature)___
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this ___18th___ day of ___Jan.___ , 19 ___2000___

at ___Boston___   ___Massachusetts___
(City)   (State)

[SEAL]   ___Susan Falca___
(Signature of officer)

Commission expires _____   Personnel Officer
(If by a Notary Public, the date of expiration of his/her Commission should be shown)   (Title)

NOTE.- The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.



*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

OCT 29 2004

Requester: <u>Manuel Geronimo</u>     Request Number: <u>04-2133</u>

Subject of Request: <u>Oath of Office for Assistant U.S. Attorney Joseph N. LaPlante</u>

Dear Requester:

   Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorneys' offices. To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

   All of the records you seek are being made available to you. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. **This letter is a full release.** (Please see attached explanation sheet).

   [ ] A review of the material revealed documents which:

   [ ] Originated with another government component. These records were referred to the component(s) listed for review and direct response to you:_____.

   [ ] There are public records which may be obtained from the clerk of the court or this office, upon specific request, subject to a copying fee.

   [ ] A review/search/copying fee is being assessed for the processing of your request. Please send a certified check or money order for $_____, payable to the Treasury of the United States, within thirty (30) days. Payment should be mailed to the Freedom of Information Act/Privacy Act Unit, 600 E Street, N.W., Room 7300, Washington, DC 20530.

(Page 1 of 2)
Form No. 021A - 6/02

You may appeal this determination by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530

This is the final action this office will take concerning your request.

Sincerely,

*Marie A. O'Rourke/MBA*

Marie A. O'Rourke
Assistant Director

Enclosures

## CONTINUATION SHEET

　　EOUSA received your initial letter and split your request into two case files. FOIA file Number (04-2133) was created for the portion of your request which sought the Oath of Office for Assistant U.S. Attorney, Joseph N. LaPlante.

　　Attached is a copy of Mr. LaPlante's Oath of Office.

REQUESTER: Manuel Geronimo

FOIA FILE#: 04-2133

# DOCUMENTS Released in Full "RIF"

_____1_____ pages

D FORM 61
June 1986
U.S. Office of Personnel Management
FM Chapter 296
51-108

# APPOINTMENT AFFIDAVITS

___Assistant United States Attorney___  ___1/27/02___
(Position to which appointed)  (Date of appointment)

___Department of Justice___  ___U.S. Attorney's Office___  ___Concord, New Hampshire___
(Department or agency)  (Bureau or Division)  (Place of employment)

I, ___Joseph N. Laplante___, do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this ___28th___ day of ___January___, 2002,

at ___Concord___                                   ___New Hampshire___
      (City)                                              (State)

[SEAL]                                          _____
                                                (Signature of officer)

Commission expires _____           ___United States Attorney___
(If by a Notary Public, the date of expiration of his/her                (Title)
Commission should be shown)

NOTE.- The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.



Manuel A. Geronimo
Reg. No. 22893-038
FMC Devens, P.O. Box 879
Ayer, MA 01432

April 25, 2005

Janet H. Pumphrey
Attorney at Law
45 Walker Street
Lenox, MA 01240

Re: <u>U.S v. Geronimo,</u> No. 01-1668

Dear Ms. Pumphrey

I pray that this letter finds you in the very best of health, mind and spirits. I am and remain dedicated to set the record straight in this battle for my life and vindiction of this unjust conviction.

Currently I have been compelled to file my pro-se 28 U.SC. § 2255, of which I have just received the Government's response. In this response the Government attempts to discredit my claim of ineffective assistance of counsel on the part of my trial attorney by asserting that I had him continue on as counsel of record in my direct appeal.

You and I know this to be untrue, because I expressely instructed you that I did not wish for attrorney Randolph Gioia to have any further involvment in my case. In fact on many occasions during the times you came to visit me in this federal prison for the purpose of prosecuting my direct appeal and also in our telephone conversations, I told you that I did not want Mr. Gioia having anything to do with my appeal. It was after I read my trial transcripts, that I became aware of his immense disregard of my best

1

**Exhibit B**



Manuel A. Geronimo
Reg. No. 22893-038
FMC Devens, P.O. Box 879
Ayer, MA 01432

April 25, 2005

Randolph Gioia
Attorney at Law
24 school St, 8th floor
Boston, MA 02108

Re: U.S. v. Geronimo, No. 00-10013(RGS)

Dear Mr. Gioia:

I hope this letter finds you well. I am writing to you this letter concerning the fact that I would like it to be clarified by way of an affidavit, that you did not participated in the prosecution of my direct appeal, and that I did not want you to have any involvement in this regards. If you could please provide me with an affidavit affirming same at your earliest convenience it would be greatly appreciated.

Thank you, for you time and assistace in this regards.

Sincerely,

Manuel A. Geronimo

Cc:   MG/me
      Nestor A. Geronimo
      Juan A. Geronimo

**Exhibit C**