UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MANUEL A. GERONIMO
     Petitioner,

Vs.

UNITED STATES OF AMERICA
     Respondent,

Civil No. 05-10093-RGS

## LEAVE TO SUPPLEMENT PETITIONER'S MOTION FOR SUBPOENA

THE PETITIONER filed a request for issuing subpoena on May 2, 2005 averring that[1],

> "The date that the authenticate [d]* document produced by the FOIA bears [Jan 27 2002]*, and identifies Mr LaPlante as an Assistant United States Attorney [and]* it also states that Mr. LaPlante became an Assistant United States Attorney on 1/27/02 and not a Special Assistant United States Attorney on 01/18/00 as now indicated by the government's version of the Oath of Office".

See MOTION FOR DISCOVERY AND PRODUCTION OF EVIDENCE -ISSUANCE OF SUBPOENA DUCES TECUM, p2. The Motion was inadvertently mailed with some typographical errors and without Affidavit and a draft of Subpoena. As reasons therefore, the Petitioner respectfully seeks the leave of this Honorable Court to supplement his Motion. The typographical errors are corrected and Affidavit and Subpoena are herein appended.

---

[1] Erratum - The typographical errors in the cited text is corrected and marked by asterisks

1

Respectfully submitted,

DATE: 5-8-05

Manuel A. Geronimo
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

## CERTIFICATE OF SERVICE

This is to certify that I have this day the 8th of May 2005, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

Manuel A. Geronimo
Petitioner pro-se
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

2