UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MANUEL A. GERONIMO          *
          Petitioner,       *
                            *
Vs.                         *
                            *   Civil No. 05-10093-RGS
                            *
UNITED STATES OF AMERICA    *
          Respondent,       *

## AFFIDAVIT

I, MANUEL A. GERONIMO, Petitioner in the above captioned cause, under the pain and penalty of perjury, affirm the following:

1. That Appointment Affidavit of Mr LaPlante as a Special Assistant United States Attorney produced by government and marked, as Exhibit 5 is not authentic. Mr LaPlante did not execute his oath of office on 1/18/00 as alleged by government.

2. The authenticity of the Oath of Office document produced by the government is relevant to my challenge to court's subject matter jurisdiction and Government authority to prosecute.

3. Production of any and all paper trail that substantiates the credibility of the Oath of Office document produced by the Government, such as logs, memos, letters, faxes etc, and indicate that Mr. LaPlante in fact took the Oath Office, are therefore required to establish my claim.

Sworn on this day the 8th day of May 2005.

                                        _____
                                        MANUEL A. GERONIMO