# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————————
)
MANUEL GERONIMO,                                   )
                     Petitioner,       )
)
          v.                                    )  Civil Action No. 05-10093-RGS
)
UNITED STATES OF AMERICA,                    )
                  Respondent.        )
———————————————————————)

## GOVERNMENT'S RESPONSE TO PETITIONER'S
## MOTION FOR DISCOVERY AND PRODUCTION OF EVIDENCE

The United States of America, by and through the undersigned Assistant U.S. Attorney, hereby files its Response to the *Motion for Discovery and Production of Evidence - Issuance of Subpoena Duces Tecum* (the "Discovery Motion") filed by Petitioner Manuel Geronimo ("Geronimo"). For all of the reasons set forth below, and as evidenced by the documents attached hereto in response to Geronimo's Discovery Motion, Geronimo's claim that jurisdiction was lacking because the Assistant U.S. Attorney ("AUSA") who prosecuted his case did not take the required Oath of Office under Article III of the U.S. Constitution is utterly frivolous.

For all of the foregoing reasons, and for all of the reasons set forth in the *Government's Response to Petitioner's § 2255 Motion and Request for Summary Dismissal* (filed on April 20, 2005), Geronimo's claims for post-conviction relief are wholly without merit and should be summarily dismissed.

## I.    BACKGROUND

On January 12, 2000, a federal grand jury indicted Geronimo for conspiracy to import "ecstasy" into the United States from Amsterdam, in violation of 21 U.S.C. § 963 (Count One) and aiding and abetting the importation of ecstasy on or about December 2, 1999, in violation of 21

U.S.C. § 952(a) and 18 U.S.C. § 2 (Count Two).  A jury trial commenced on January 16, 2001.  On

January 23, 2001, following a six-day trial, the jury returned a verdict of "Not Guilty" as to Count

One (conspiracy) and "Guilty" as to Count Two (importation/aiding and abetting).  On April 17,

2001, this Honorable Court sentenced Geronimo to 78 months imprisonment and three years of

supervised release.

On May 2, 2001, Geronimo filed an appeal.  On June 3, 2003, the First Circuit rejected

Geronimo's appeal and affirmed his conviction.  United States v. Geronimo, 330 F.3d 67, 69 (1st Cir.

2003).  Geronimo now seeks post-conviction relief under 28 U.S.C. § 2255.  The Government filed

a response on April 20, 2005, arguing that Geronimo's § 2255 motion is wholly without merit and

should be summarily dismissed.  In response to the first claim in Geronimo's § 2255 motion (that

jurisdiction was lacking because the AUSA who prosecuted his case failed to take the appropriate

Oath of Office), the Government submitted a copy of Appointment Affidavits signed by (1) Robert

L. Peabody, the lead AUSA who prosecuted Geronimo's case, and (2) Joseph LaPlante, the Special

AUSA who assisted AUSA Peabody in the criminal trial against Geronimo.  See Govt's Response

to § 2255 Motion (Apr. 20, 2005) (hereinafter "Government's § 2255 Response") at Exhibit 5.  The

Appointment Affidavit signed by AUSA LaPlante is dated January 18, 2000 (the "January 18, 2000

LaPlante Affidavit").

Geronimo now argues that "the evidence before this Honorable Court clearly suggests that

the evidence (i.e., the January 18, 2000 LaPlante Affidavit at Exhibit 5 of the Government's

Response) now produced by the government is in all probability fabricated."  See Geronimo's Mot.

for Discovery (May 4, 2005) at 2 (emphasis added).  In support of this accusation, Geronimo has

submitted a copy of an Appointment Affidavit signed by AUSA LaPlante dated January 27, 2002

(the "January 27, 2002 LaPlante Affidavit").  Geronimo states that he received this January 27, 2002

LaPlante Affidavit in response to a request to DOJ's Executive Office of United States Attorneys ("EOUSA") under the Freedom of Information Act ("FOIA"). Because EOUSA's response to Geronimo's FOIA request states that it is a "full release," Geronimo concludes that the January 27, 2002 LaPlante Affidavit that he received from EOUSA is underlined_authentic and that the January 18, 2000 LaPlante Affidavit attached to the Government's § 2255 Response is "fabricated." For all of the following reasons, the Court should reject Geronimo's accusations and deny his Motion for Discovery. Geronimo's § 2255 Motion should be summarily dismissed for all of the reasons set forth below and for all of the reasons set forth in the Government's § 2255 Response, which is incorporated by reference herein.

## II.  ARGUMENT

As an initial matter, Geronimo is not entitled to any discovery without leave of court. See Rule 6 of Rules Governing § 2255 Cases. The Government opposes Geronimo's Discovery Motion on the ground that he has not shown "good cause" for the discovery sought in his motion. First, for all of the reasons set forth in the Government's § 2255 Response, Geronimo's discovery request relates to a claim is utterly frivolous. Second, nothing in Geronimo's Discovery Motion shows the "good cause" required by Rule 6 of the Rules Governing § 2255 Cases. Third, even if Geronimo had shown "good cause" for discovery (which the government expressly denies), his  discovery requests are over broad. For all of these reasons, Geronimo's discovery request should be denied.

Moreover, notwithstanding the foregoing objections, the government has produced Exhibits 1 through 4 attached hereto, which clearly show that the accusations set forth in Geronimo's Discovery Motion are utterly baseless and that Geronimo's Discovery Motion should be denied. Specifically, these exhibits document the chronology of AUSA LaPlante's career as a federal prosecutor and clearly show that the Appointment Affidavit produced by the Government, as well

as the Appointment Affidavit produced by Geronimo himself, are both valid, authentic documents. More importantly, these documents show that Mr. LaPlante was clearly authorized to assist AUSA Robert Peabody in the criminal trial against Geronimo.

Specifically, as evidenced by Exhibits 1 through 4:

- On November 3, 1999, Joseph LaPlante was first appointed as a Trial Attorney in the Department of Justice's Criminal Division in Washington, D.C.  He took his initial Oath of Office and signed an Appointment Affidavit on November 3, 1999.  See Exhibit 1.

- On January 18, 2000, Joseph LaPlante was appointed as a Special Assistant United States Attorney for the District of Massachusetts.  A true and accurate copy of the appointment letter from former U.S. Attorney Donald K. Stern to Mr. LaPlante dated January 18, 2000, is attached to the Affidavit of Susan F. Faldasz (Exhibit 2) as Exhibit 2(A).  A true and accurate copy of the Appointment Affidavit signed by Mr. LaPlante on January 18, 2000, is attached as Exhibit 2(B).

- On January 14, 2001, Mr. LaPlante was appointed an Assistant U.S. Attorney for the District of Massachusetts.  A true and accurate copy of the "Notification of Personnel Action" evidencing this appointment is attached to the Affidavit of Susan F. Faldasz (Exhibit 2) as Exhibit 2(C).  See also Exhibit 3 (setting forth "Notification of Personnel Action" and Appointment Affidavit).

- Finally, on January 27, 2002, Mr. LaPlante was reassigned from the U.S. Attorney's Office in the District of Massachusetts to the U.S. Attorney's Office in the District of New Hampshire, where he continues to prosecute to this day.  See Exhibit 4.

The foregoing exhibits show that the January 18, 2000 LaPlante Affidavit attached to the Government's § 2255 Response was clearly not "fabricated" as claimed by Geronimo.  Instead, Mr. LaPlante signed the January 18, 2000 affidavit when he accepted the appointment as a Special AUSA for the District of Massachusetts – nearly one year before Geronimo was tried.  Moreover, as noted in the Government's § 2255 Response, AUSA LaPlante assisted AUSA Robert Peabody,

the lead prosecutor against Geronimo, who took his own Oath of Office on March 10, 1997, nearly three years before Geronimo was indicted.

Finally, as set forth in Exhibit D to the Affidavit of Susan Faldasz (see attached Exhibit 2(D)), a DOJ employee need only take the Oath of Office once, as part of the initial entry-on-duty process. Mr. LaPlante did so on November 3, 1999, when he was first hired by DOJ as a Trial Attorney. See Exhibit 1. According to the statutes and personnel provisions governing the Oath of Office, "[t]he form (i.e, the Standard Form 61, a/k/a Appointment Affidavit form) is completed and filed ... when the employee is first appointed in the Federal Government.... A Standard Form 61 is not required when there is a change in an employee's status (such as a conversion to a new appointment) as long as service is continuous in the same agency. A new Standard Form 61 is not required when the employing office or agency changes as a result of a transfer of function, either." Exhibit 2(D) at § 4-3 (c) (Oath of Office) (emphasis added). As Mr. LaPlante remained an employee of the DOJ from his initial appointment as a Trial Attorney in Washington, DC, through his reassignments as a Special AUSA and AUSA in Massachusetts and as an AUSA in New Hampshire, he was not required to execute a new Standard Form 61 (a/k/a Appointment Affidavit). Although Mr. LaPlante did so, as many AUSAs do to commemorate new assignments in ceremonious "swearing-in" proceedings, he remained authorized to prosecute Geronimo's case since his initial Oath of Office in 1998. See also 5 U.S.C. §§ 2903-05.

### III.   <u>CONCLUSION</u>

For all of the foregoing reasons, the United States respectfully opposes Geronimo's Motion

for Discovery and submits that Geronimo's § 2255 Motion should be summarily dismissed.


DATED:   May 17, 2005                    Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney


                              By:    /s/ Lisa Asiaf_____
                                     LISA M. ASIAF
                                     Assistant U.S. Attorney
                                     Tel:  (617) 748-3268

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Manuel Geronimo, Reg. No. 22893-038, F.M.C. Devens, Box 879, Ayer, MA 01432.

This 17th day of May 2005.

/s/ Lisa Asiaf
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY

.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LAPLANTE, JOSEPH N | ▓▓▓▓▓ | ▓▓▓▓▓ | 11/03/98 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 171 | EXC APPT NTE 01/02/00 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| WDM | SCH A 213.31020 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | TRIAL ATTY  00104082  CM0018 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0905 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | .00 | .00 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CRIMINAL DIVISION  PUBLIC INTEGRITY SECTION |

| **EMPLOYEE DATA** | | | | |
|---|---|---|---|---|
| 23. Veterans Preference | 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 24. Tenure  3 | 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | 25. Agency Use | 26. Veteran Preference for RIF  YES ☐  NO ☒ |
| 27. FEGLI  C2  BASIC | | 28. Annuitant Indicator  9  NOT APPLICABLE | | 29. Pay Rate Determinant  0 |
| 30. Retirement Plan  K  FERS AND FICA | 31. Service Comp. Date (Leave)  11/03/98 | 32. Work Schedule  F  FULL TIME | | 33. Part-Time Hours Per Biweekly Pay Period |

| **POSITION DATA** | | | | |
|---|---|---|---|---|
| 34. Position Occupied  1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved  2 | 35. FLSA Category  E - Exempt  N - Nonexempt  E | 36. Appropriation Code | | 37. Bargaining Unit Status  8888 |
| 38. Duty Station Code  11-0010-001 | 39. Duty Station (City - County - State or Overseas Location)  WASHINGTON  DIST OF COLUMBIA  DC | | | |

| 40. AGENCY DATA | 41.  SEX: M | 42.  CITZ: 1 | 43.  VET STAT: X | 44.  ED LV:15 YR:90 INST PRG:220101 |
|---|---|---|---|---|

45. Remarks

ELIGIBLE FOR HEALTH BENEFITS.
OPF IS MAINTAINED BY: DOJ/CRIMINAL DIVISION, PERSONNEL PROGRAMS STAFF,
1331 F STREET, N.W., SUITE 700, WASHINGTON, D.C.  20530
WELCOME TO THE U.S. DEPARTMENT OF JUSTICE.
THIS ACTION IS PROCESSED IN ACCORDANCE WITH THE ASSISTANT ATTORNEY
GENERAL FOR ADMINISTRATION'S MEMORANDUM, SUBJECT: "DELEGATION OF
PERSONNEL MANAGEMENT AUTHORITY DATED DECEMBER 17, 1996".
APPOINTMENT AFFIDAVIT EXECUTED 11/03/98.
REASON FOR TEMPORARY APPOINTMENT:  ADJUDICATION OF FULL-FIELD BACKGROUND
INVESTIGATION.
FROZEN SERVICE: 00YRS 00MTHS
CREDITABLE MILITARY SERVICE:  00YRS 00MTHS
PREVIOUS RETIREMENT COVERAGE:  NEVER COVERED.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.

| 46. Employing Department or Agency  U.S. DEPARTMENT OF JUSTICE/HC | 50. Signature/Authentication and Title of Approving Official  D.L. ACQVENO |
|---|---|
| 47. Agency Code  DJ HC | 48. Personnel Office ID  1831 | 49. Approval Date  11/06/98 | PERSONNEL STAFF |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-623

5-Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

*TRIAL ATTORNEY*
(Position to which appointed)

*NOV 3, 1998*
(Date of appointment)

DEPARTMENT OF JUSTICE    CRIMINAL DIVISION    WASHINGTON, D.C.
(Department or agency)    (Bureau or Division)    (Place of employment)

I, *Joseph N. Laplante*, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of appointee)

Subscribed and sworn (or affirmed) before me this *3rd* day of *November*, 19 *98*,

at *Washington*    *DC*
(City)    (State)

[SEAL]

*Lu Colburn*
(Signature of officer)

*Personnel Management Specialist*
(Title)

Commission expires _____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015    *U.S. Government Printing Office: 1996 - 404-763/20063    Prior Edition Usable

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MANUEL GERONIMO,<br>          Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>          Respondent. | )<br>)<br>)<br>)<br>)    Civil Action No. 05-10093-RGS<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SUSAN F. FALDASZ**

I, Susan F. Faldasz, hereby depose as follows:

1.      I am the Human Resources Officer for the U.S. Attorney's Office for the District of Massachusetts. I have personal knowledge of the facts set forth in this Affidavit, whish is submitted in support of the Government's Response to Petitioner's Motion for Discovery and Production of Evidence dated May 17, 2005.

2.      On January 18, 2000, Joseph LaPlante was appointed as a Special Assistant United States Attorney for the District of Massachusetts. A true and accurate copy of the appointment letter from former United States Attorney Donald K. Stern to Mr. LaPlante dated January 18, 2000, is attached hereto as <u>Exhibit A</u>. A true and accurate copy of the Appointment Affidavit signed by Mr. LaPlante on January 18, 2000, is attached hereto as <u>Exhibit B</u>.

3.      On January 14, 2001, before the expiration of Joseph LaPlante's appointment as a Special Assistant U.S. Attorney for the District of Massachusetts (<u>see</u> <u>Exhibit A</u>), Mr. LaPlante was appointed an Assistant U.S. Attorney for the District of Massachusetts. A true and accurate copy of the "Notification of Personnel Action" evidencing this

appointment is attached hereto as <u>Exhibit C</u>.

4.    The Guide to Processing Personnel Actions applies to all agencies in the executive

branch, including the U.S. Attorney's Office.    A true and accurate copy of the

provisions governing the Oath of Office within this Guide is attached hereto as

<u>Exhibit D</u>.

 

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17TH DAY OF
MAY, 2005.

_____
Susan F. Faldasz
Human Resources Officer
U.S. Attorney's Office, District of Massachusetts

2

# EXHIBIT A
## to Affidavit of Susan F. Faldasz



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

January 18, 2000

Mr. Joseph LaPlante
34 Chester Street
Nashua, NH 03034

Dear Mr. LaPlante:

Pursuant to 28 U.S.C. 543, you are hereby appointed as a Special
Assistant United States Attorney for the District of
Massachusetts. You are appointed for a period of time not to
exceed January 17, 2001, unless the appointment is extended, for
the prosecution of cases in the OCDETF and Major Crimes Units of
the U.S. Attorney's Office, District of Massachusetts. It is
understood that you will serve without compensation other than
that which you are now receiving under your existing appointment
with the Criminal Division. Your appointment is effective upon
execution of the required Oath of Office, which will be
administered to you by Susan Faldasz, Personnel Officer.

Sincerely,

Donald K. Stern
United States Attorney

**<u>EXHIBIT B</u>**
**to Affidavit of Susan F. Faldasz**

U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

| Special Assistant United States Attorney | 01/18/00 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |

| Department of Justice | U. S. Attorney's Office | District of Massachusetts |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ Joseph La Plante _____ , do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this _18th_ day of _Jan._ , 19 2000

at _____ Boston _____     _____ Massachusetts _____
*(City)*     *(State)*

[SEAL]     _____
*(Signature of officer)*

Commission
expires _____     Personnel Officer
*(Title)*

*(If by a Notary Public, the date of expiration of his/her
Commission should be shown)*

NOTE.- *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

**EXHIBIT C**
**to Affidavit of Susan F. Faldasz**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LAPLANTE, JOSEPH N | ▓▓▓▓▓ | ▓▓▓▓▓ | 01/14/01 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 USC 542 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| TRIAL ATTY | ASST US ATTY |
| 00104082    CM001A | 380044       P0CRM8 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | ▓ | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| CRIMINAL DIVISION | MASSACHUSETTS |
| PUBLIC INTEGRITY SECTION | |
| | DJ JA3800000000000000    PP 01 2001 |

| **EMPLOYEE DATA** | | | | | |
|---|---|---|---|---|---|
| 23. Veterans Preference | | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
| 1 | 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other | 2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | | 1    0 - None    2 - Conditional    1 - Permanent    3 - Indefinite | | YES   ☒ NO |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| B0   WAIVED | | 9    NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| K    FERS AND FICA | 11/03/98 | F    FULL TIME | |

| **POSITION DATA** | | | |
|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 1    1 - Competitive Service    3 - SES General    2 - Excepted Service    4 - SES Career Reserved | E    E - Exempt    N - Nonexempt | | 7777 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 25-0120-025 | BOSTON    SUFFOLK    MA | | |

| 40. AGENCY DATA | 41.        SEX: M | 42.    CITZ: 1 | 43.   VET STAT: X  ED LV:15  YR:90  INST PRG:220101 | 44. |
|---|---|---|---|---|

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | *Susan Falker* |
| DJ JA | 4425 | 01/24/01 | PERSONNEL OFFICER |

3-Part   50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

ODE Copy - Long-Term Record - DO NOT DESTROY

**EXHIBIT D**
**to Affidavit of Susan F. Faldasz**

**Subchapter 4. The Entry on Duty Process for New Employees**

---

### 4-1. Appointments to Federal Civil Service Positions.

Except for those described in Table 3-B, appointments may not be effective prior to the date of approval by the appointing official. Additionally, appointments to positions in the civil service are effective only from date of acceptance and entrance on duty, unless a later date is stated on the Standard Form 52, Request for Personnel Action, or other approving document.

### 4-2. Date of Acceptance.

Acceptance may be shown by formal acceptance, by entry on duty, or by taking the oath of office. Date of acceptance is the date the applicant accepts, either orally or in writing, the appointment offer. When the employee reports for duty or takes the oath of office, acceptance of the position is acknowledged on that date even though a formal acceptance is not given by the employee.

### 4-3. Entrance on Duty (EOD).

**a.** Entrance on duty is the process by which a person completes the necessary paperwork and is sworn in as an employee.

**b. Appointment Documents**. The job aid, **Appointment Documents and Information,** lists materials that a new employee will need. Supplement that list with any documents required by your agency. If necessary, assist the appointee in completing the forms. Encourage the appointee to keep all copies of the personnel and payroll notices he or she receives from the agency.

### c. Oath of Office.

As part of the entry-on-duty process, the employee takes the oath of office. The Standard Form 61, Appointment Affidavit, contains the oath of office (part A) required by 5 U.S.C. 3331, the affidavit on striking against the Federal Government (part B) required by 5 U.S.C. 7311, and the affidavit on purchase and sale of office (part C) that 5 U.S.C. 3332 requires officers to complete.

**(1)** The form is completed and filed on the right side of the Official Personnel Folder when the employee is first appointed in the Federal Government and for each subsequent new appointment in any agency (including appointment by transfer, reinstatement, and restoration). A Standard Form 61 is not required when there is a change in an employee's status (such as a conversion to a new appointment) as long as service is continuous in the same agency. A new Standard Form 61 is not required when the employing office or agency changes as a result of a transfer of function, either. However, an agency may request that the form be completed even if it is not required.

**(2)** The oath and affidavits are executed when the appointee enters on duty and are given by a notary or by a Federal official or employee of your agency who has, or has been delegated, responsibility to administer oaths (see 5 U.S.C. 2903). United States citizens must swear to or affirm the oath of office and the affidavit in part B; aliens must swear to or affirm the affidavit in part B. Persons appointed as "officers" must swear to or affirm the oath of office and the affidavits in parts B and C. ("Officers" are justices and judges of the United

States and individuals who are required by law to be appointed by the President, a court of the United States, the head of an Executive agency, or the Secretary of a military department; persons appointed as "officers" are invested by law with authority delegated from the heads of departments or independent establishments.)

(3) >If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.< The jurat at the bottom of the form must be signed by each appointee and completed by the person who administers the oath or affidavits.

(4) The Civil Service oath of office in part A contains the phrase "defend the constitution." In the case of Girouard vs. United States, 328 U.S. 61 (1946), the U.S. Supreme Court held that the oath of allegiance to the United States of American (taken by all candidates for citizenship) "does not in terms require that they promise to bear arms." Explain to any appointee who questions the meaning of, or objects to, that part of the oath that the "defend the Constitution" phrase in the Civil Service oath of office does not imply that the appointee would be expected to bear arms.

(5) Obtain an original and a copy of the Standard Form 61 when the oath and affidavits are executed by cabinet officers and heads of independent establishments, agencies, and offices. After the oath has been taken and the form executed, send the copy to the Department of State.

**d. The Standard Form 144.** The Statement of Prior Federal Service (Standard Form 144) should be completed by each employee new to your agency. It identifies any prior service for which records must be located.

**e. Personnel Folders.** Follow instructions in **The Guide to Personnel Recordkeeping** to establish a personnel folder for each new employee or to obtain the existing Folder for each employee with prior Federal Service. Use the **Guide** to file correctly the forms completed during the entry-on-duty process.

### 4-4. Obtaining Personnel Information from the Prior Employing Agency.

**a.** If the person is being appointed without a break in service from another Federal agency, certain information is needed to process the appointment action. However, the Official Personnel Folder is not usually available for immediate review by the gaining office. In such cases, the information needed for processing the personnel action may be obtained by using the Standard Form 75, Request for Preliminary Employment Data. Personnel information provided on the Standard Form 75 can help prepare an appropriate appointment package for when the candidate enters on duty.

**b.** When a Standard Form 75 is needed:

**(1)** Contact the personnel office that has the person's Official Personnel Folder. To help you find the correct office, ask the appointee where the folder is kept. The information for completing the Standard Form 75 may be received through a telephone call or the form may be mailed to the prior employing office.

**(2)** Refer the completed Standard Form 75 to the personnel specialist for review and then copy any needed data from the Standard Form 75 onto the Standard Form 52, Request for Personnel Action.

**(3)** File the Standard Form 75 received from the losing agency according to agency instructions.

09/16/2005 16:44 FAX                                                      ☑004

andard Form 50-B
v. 7/91
S. Office of Personnel Management
M Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| APLANTE, JOSEPH N | ▓▓▓▓▓ | ▓▓▓▓ | 01/14/01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 5-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 USC 542 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 14. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| RIAL ATTY | ASST US ATTY |
| 0104082    CM001A | 380044    P0CRM8 |

| Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0905 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| CRIMINAL DIVISION | MASSACHUSETTS |
| PUBLIC INTEGRITY SECTION | |
| | DJ JA3800000000000000    PP 01 2001 |

| EMPLOYEE DATA | | | | |
|---|---|---|---|---|
| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
| 1 — None  3 — 10-Point/Disability  6 — 10-Point/Other | | 0 — None  2 — Conditional | | |
| 2 — 5-Point  4 — 10-Point/Compensable  6 — 10-Point/Compensable/30% | | 1 — Permanent  3 — Indefinite | | YES  X NO |
| 1 | | 1 | | |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| B0   WAIVED | | 9   NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
| K   FERS AND FICA | 11/03/98 | F   FULL TIME | | |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 1 — Competitive Service  3 — SES General | E — Exempt | | |
| 2 — Excepted Service  4 — SES Career Reserved | N — Nonexempt | | |
| 1 | E | | 7777 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 25-0120-025 | BOSTON    SUFFOLK    MA | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X | ED LV:15 YR:90 INST PRG:220101 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Susan Falby |
| DJ JA | 4425 | 01/24/01 | PERSONNEL OFFICER |

3-Part   50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

2  OPF Copy - Long-Term Record - DO NOT DESTROY

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 295
61-108

# APPOINTMENT AFFIDAVITS

| Assistant U.S. Attorney | | 02-20-2001 |
|---|---|---|
| *(Position to which appointed)* | | *(Date of appointment)* |

| Dept. of Justice | U.S. Attorney's Office | Boston, MA. |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ Joseph N. LaPlante _____ , do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this　　20th　　day of　　February　　,　2001　,

at _____ Boston _____　　　_____ Massachusetts _____
　　　　　　　*(City)*　　　　　　　　　　　　　　　　　　　　　*(State)*

[SEAL]

_____
*(Signature of officer)*

Commission expires _____　　　Edward F. Harrington U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(Title)*
*(If by a Notary Public, the date of expiration of his/her*
*Commission should be shown)*

NOTE.- *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LAPLANTE, JOSEPH N | | | 01/27/02 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 5-B. Nature of Action | | 6-A. Code 6-B. Nature of Action | |
| 721 | REASSIGNMENT | | |
| 5-C. Code 5-D. Legal Authority | | 6-C. Code 6-D. Legal Authority | |
| ZLM | 28 USC 542 | | |
| 5-E. Code 5-F. Legal Authority | | 6-E. Code 6-F. Legal Authority | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ASST US ATTY | ASST US ATTY |
| 380044    POCRM8 | 490003    PODTF8 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| MASSACHUSETTS | NEW HAMPSHIRE |
| | DRUG ENFORCEMENT TASK FORCE |
| | REG VII, CONCORD OFFICE |
| | |
| | DJ JA4926070100000000    PP 02 2002 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1    1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10% Point/Compensable/30% | 1    0-None  2-Conditional<br>1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K    FERS AND FICA | 11/03/98 | F    FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career Reserved | E    E-Exempt<br>N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 33-0070-013 | CONCORD    MERRIMACK    NH |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X | ED LV:15 YR:90 INST PRG:220101 |

### 45. Remarks

```
APPOINTMENT AFFIDAVIT EXECUTED  1-28-02
FROZEN SERVICE:  00 YRS.  00 MOS.
CREDITABLE MILITARY SERVICE:  00 YRS.  00 MOS.
NEW DUTY STATION.  IS  NEW HAMPSHIRE CORRECT STATE FOR WITHHOLDING TAXES?
 IF NOT, NOTIFY PERSONNEL OFFICE IMMEDIATELY.
OPF IS MAINTAINED BY:  DOJ EOUSA, BICN BUILDING, ROOM 8017, WASH, DC
20530
```

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| DJ JA | 4244 | 02/04/02 | PERSONNEL OFFICER |

3-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/
NSN 7540-01-333-62

STANDARD FORM 61
Revised June 1986

U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

| Special Assistant United States Attorney | 01-28-2002 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |

| Department of Justice | U.S. Attorney's Office | Boston, MA. |
|---|---|---|
| *(Department or agency)* | *(Bureau or Division)* | *(Place of employment)* |

I, _____ Joseph N. LaPlante _____ , do solemnly swear (or affirm) that----

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

. I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this    28    day of    January    , 2002 ,

at ___Concord_____
*(City)*

[SEAL]

___New Hampshire___
*(State)*

_____
*(Signature of officer)*

Commission expires ___May 26, 2004___

___Notary Public___
*(Title)*

*(If by a Notary Public, the date of expiration of his/her Commission should be shown)*

NOTE.- *The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

Prior Edition Usable

This form was electronically produced by Elite Federal Forms, Inc.