UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL GERONIMO        )
      Petitioner,    )
                     )
    Vs.                )    CIVIL NO.05-10093-(RGS)
                     )
UNITED STATES OF AMERICA,  )
      Respondent.   )

## PETITIONER'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF THE PAGES THAT HAVE TO BE FILE IN THIS REPLY TO THE GOVERNMENT RESPONSE TO PETITIONER §2255 MOTION

The Petitioner hereby moves for authorization to file a memorandum in excess of the pages that have to be file in this reply to the Government Response to Petitioner §2255 Motion in this matter. The Petitioner is untrained in the Law and don't know the limit of pages in this reply and thus is asking this most Honorable Court for leave to file pages in excess in case it goes over the pages limited. In support of this motion, the Petitioner states that the Government raised numerous legal and factual issues in their opposition to Petitioner's Motion under 28 U.S.C. §2255, all of which the Petitioner has addressed in the Petitioner's Travers in reply to the Government's Response, accompanying this motion. The Petitioner' Travers may exceeds the page limit and should assist the Court in resolving this matter.

WHEREFORE, the Petitioner moves for leave to file a memorandum in excess of the pages limited.

DATE: 6-10-05

Respectfully submitted,

Manuel A. Geronimo

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

This 10th day of June 2005.

Manuel A. Geronimo, pro-se

2