June 23, 2005

Manuel A. Geronimo
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

Clerk's Office
U.S. District Court
One Courthouse Way
Boston, MA 02210

RE: Geronimo v. U.S Civil No. **05-10093-RGS**

Dear Sir or Madam:

I am respectfully sending this letter in my attempt to obtain leave of the Honorable Court to supplement my pleading filed under the above styled caption with the precedence established by the Circuit Court in **Cirillo-Munoz v. U.S**, 404 F.3d 527 (1st Cir. 2005) as it holds bearing and support for my claims concerning ineffective assistance of counsel, insufficiency of the evidence, and enhancement regarding my § 2255 motion.

I sincerely thank you in advance for your time and assistance in this very important matter.

Sincerely,

/Manuel A. Geronimo

Cc: MG/me