IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANUEL GERONIMO | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 05-10093-RGS |
| UNITED STATES | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter that is now pending appeal. Undersigned counsel notes that she is leaving the employ of the United States Attorney's Office. Assistant U.S. Attorney Lisa Asiaf will remain as counsel for the government in this matter.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s Denise Jefferson Casper
                                          DENISE JEFFERSON CASPER
                                          Assistant U.S. Attorney
                                          (617) 748-3120

July 12, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>	Manuel Geronimo
>	Reg. No. 22893-038
>	FMC Devens
>	P.O. Box 879
>	Ayer, MA 01432

This 12th day of July 2005.

>	/s Denise Jefferson Casper
>	DENISE JEFFERSON CASPER
>	ASSISTANT UNITED STATES ATTORNEY