UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MANUEL GERONIMO**

    V.                            **CIVIL ACTION NO. 05-10093-RGS**

**UNITED STATES OF AMERICA**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                    **AUGUST 9, 2005**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE ISSUED THIS DATE,

    IT IS HEREBY ORDERED: THE PETITION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE IS HEREBY <u>DISMISSED.</u>

    SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

    BY:

                        /s/ Mary H. Johnson
                          Deputy Clerk