UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10093-RGS

MANUEL GERONIMO

v.

UNITED STATES OF AMERICA

ORDER ON MOTION TO PROCEED
IN FORMA PAUPERIS AND APPLICATION FOR A
CERTIFICATE OF APPEALABILITY

August 25, 2005

STEARNS, D.J.

The motion to proceed in forma pauperis is ALLOWED. The application for a certificate of appealability is DENIED, there being no substantial showing by petitioner of the denial of a constitutional right.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE