UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10093

Manuel Geronimo

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 2, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9-2-05 .

*[signature]* Susern Pedrosini
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10093-RGS

Geronimo v. United States
Assigned to: Judge Richard G. Stearns
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 01/13/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Manuel Geronimo**          represented by **Manuel Geronimo**
22893-038
FMC Devens
Box 879
Ayer, MA 01432
PRO SE

V.

**Defendant**

**United States**           represented by **Denise J. Casper**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3120
Fax: 617-748-3965
Email: denise.casper@usdoj.gov

Case 1:05-cv-10093-RGS    Document 23    Filed 09/02/2005    Page 3 of 7
Page 2 of 6

*TERMINATED: 07/12/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Lisa M. Asiaf**
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3268
Fax: (617) 748-3358
Email: lisa.asiaf@usdoj.gov
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Manuel Geronimo.(Flaherty, Elaine) (Entered: 01/14/2005) |
| 01/13/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/19/2005 | 2 | Judge Richard G. Stearns : Electronic ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of receipt of this order. Copies sent by certified mail. (Johnson, Mary) Modified on 1/19/2005 (Johnson, Mary). (Entered: 01/19/2005) |

| | | |
|---|---|---|
| 02/14/2005 | 3 | NOTICE of Appearance by Denise J. Casper on behalf of United States (Flaherty, Elaine) (Entered: 02/24/2005) |
| 02/14/2005 | 4 | MOTION for Extension of Time to 3/21/05 to respond to petition by United States.(Flaherty, Elaine) (Entered: 02/24/2005) |
| 02/15/2005 | 5 | MEMORANDUM OF LAW by Manuel Geronimo to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Flaherty, Elaine) (Entered: 02/24/2005) |
| 02/24/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 4 Motion for Extension of Time (Flaherty, Elaine) (Entered: 02/28/2005) |
| 03/03/2005 | 6 | NOTICE of Appearance by Lisa M. Asiaf on behalf of United States (Asiaf, Lisa) (Entered: 03/03/2005) |
| 03/15/2005 | 7 | MOTION for Extension of Time to File Response to 2255 Motion *until April 20, 2005,* by United States. (Asiaf, Lisa) (Entered: 03/15/2005) |
| 03/17/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Extension of Time (Flaherty, Elaine) (Entered: 03/17/2005) |
| 04/20/2005 | 8 | MOTION for Leave to File Excess Pages by United States.(Flaherty, Elaine) Additional attachment(s) added on 4/21/2005 (Flaherty, Elaine). (Entered: 04/21/2005) |
| 04/20/2005 | 9 | Response by United States to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) and request for summary dismissal. (Attachments: # 1 # 2 # 3) (Flaherty, Elaine) (Entered: 04/21/2005) |
| 04/26/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 04/26/2005) |
| 05/04/2005 | 10 | MOTION for Discovery and production of evidence |

| | | |
|---|---|---|
| | | issuance of subpoena duces tecum by Manuel Geronimo.(Flaherty, Elaine) (Entered: 05/04/2005) |
| 05/05/2005 | 11 | MOTION for Extension of Time to two weeks after production of documents to file reply to opposition to motion to vacate by Manuel Geronimo.(Flaherty, Elaine) (Entered: 05/10/2005) |
| 05/10/2005 | 12 | MOTION for Leave to File supplement to motion for subpoena by Manuel Geronimo.(Flaherty, Elaine) (Entered: 05/11/2005) |
| 05/10/2005 | 13 | AFFIDAVIT of M. Geronimo by Manuel Geronimo. (Flaherty, Elaine) (Entered: 05/11/2005) |
| 05/17/2005 | 14 | RESPONSE to Motion re 10 MOTION for Discovery *and Production of Evidence* filed by United States. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Asiaf, Lisa) (Entered: 05/17/2005) |
| 05/18/2005 | | Judge Richard G. Stearns : Electronic ORDER entered denying 10 Motion for Discovery, granting 11 Motion for Extension of Time, granting 12 Motion for Leave to File re: re: #10, "DENIED. The court is satisfied by the government's showing that the attack on the authority of the prosecuting attorney is without merit." re: #11, "Allowed. Petitioner will file an opposition within twenty-eight days of the date of this Order." (Flaherty, Elaine) (Entered: 05/19/2005) |
| 06/16/2005 | 15 | MOTION for Leave to File Excess Pages memorandum in reply to the Government Response to Petitioner 2255 motion, filed. by Manuel Geronimo. (Flaherty, Elaine) (Entered: 06/17/2005) |
| 06/16/2005 | 16 | Response to Government's Objection for relief by Manuel Geronimo to 9 Response filed. (Attachments: # 1)(Flaherty, Elaine) (Entered: 06/17/2005) |
| 06/27/2005 | 17 | Letter/request (non-motion) from M. Geronimo. (Flaherty, Elaine) (Entered: 06/30/2005) |
| | | |

| | | |
|---|---|---|
| 07/12/2005 | 18 | NOTICE of Withdrawal of Appearance Attorney Denise J. Casper terminated. (Casper, Denise) (Entered: 07/12/2005) |
| 07/12/2005 | | Judge Richard G. Stearns : MAyORDER entered granting 15 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 07/13/2005) |
| 08/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 17 Letter/request (non-motion)"Leave is granted."(Flaherty, Elaine) (Entered: 08/08/2005) |
| 08/09/2005 | 19 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Motion to Vacate, Set Aside, or Correct Sentence, ENTERED. "DENIED and DISMISSED." (Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/09/2005 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 08/09/2005) |
| 08/09/2005 | 20 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 08/09/2005) |
| 08/22/2005 | 21 | NOTICE OF APPEAL as to 20 Order by Manuel Geronimo. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/12/2005. (Flaherty, Elaine) (Entered: 08/24/2005) |
| 08/25/2005 | 22 | Judge Richard G. Stearns : ORDER entered. re 21 Notice of Appeal, filed by Manuel Geronimo, The motion to proceed in forma pauperis is allowed. The application for a certificate of appealability is denied. Order forwarded to U.S. Court of Appeals.(Flaherty, Elaine) (Entered: 08/25/2005) |