UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Manuel Geronimo,  *
Petitioner,       *
                  *
   vs.            *   Civil Action No. 05-10093-RGS
                  *
                  *
United States of America *
Respondent,       *

---

**PETITIONER'S PARTICULARIZED MOTION REQUESTING
THE GRANT OF A CERTIFICATE OF APPEALABILITY**

---

Now comes Manuel A. Geronimo, proceeding pro se and in propria persona in the above styled action and numbered cause, to be referred herein after as "Petitioner" respectfully moving this most honorable Court to grant and/or issue a Certificate of Appealability to allow further development of constitutional issue raised in the 28 U.S.C. §2255.

Without waving the right to prosecute an appeal of this court's denial of the other issues litigated in the 28 U.S.C. §2255 collateral attack of the conviction and sentence, the Petitioner wishes to move this honorable court to allow further development of the record. There is a viable question in regards to a demonstrated error concerning a violation of the Sixth Amendment Right to effective assistance of counsel concerning

*Denied. R.b Stearns DJ 9-12-05.*

1

counsel's failure to renew a Rule 29 motion at the close of his case. This court agrees on page 3 of its Memorandum and Order dated August 9, 2005, stating: "I agree that this was error, but not prejudicial error, as the renewed motion would have failed."

The Petitioner seeks further appellate review on the essential question as to whether better lawyering would have produced a different result, see Ward v. United States, 995 F.2d 1317, 1322 (6th Cir.1993), not whether better lawyering would have produced an outright acquittal. Petitioner seeks further review by way of the grant of a COA to allow the Circuit Court to consider the viability of the Sixth Amendment argument concerning counsel's deficient performance on failing to file the second Rule 29 motion at the close of the case.

This issue is vital and should be resolved through appellate review as there is no law in this Circuit specifically addressing this situation, where the court denied the first Rule 29 motion based on a finding that the defendant was involved in a conspiracy, when the trial jury acquitted Petitioner of the conspiracy count the second Rule 29 would have been more compelling and would have to have been denied on alternative grounds.

Petitioner seeks further appellate review in regards to the Sixth Amendment implications to the enhancement for obstruction of justice that was neither admitted nor found by the jury

2

beyond a reasonable doubt. It is respectfully prayed that this most honorable court grant a COA in the above-asserted matters that are supported with the court's concurrence of error but unavailability for relief because of non-retroactive applicability. The relief requested would be in the interest of fairness and justice.

Respectfully,

Manuel A. Geronimo
Reg. No. 22893-038
FMC Devens
P.O. Box 879
Ayer, MA 01432

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery to Lisa M. Asiaf, Assistant United States Attorney, 1 Courthouse way Boston, MA 02210.

This 31st day of August 2005.

Dated: 8-31-05

Manuel A. Geronimo

3